No. 80-5133.   MOLINARIO *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 80-5135.   MONTGOMERY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 80-5138.   BAKER *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 80-5140.   ZAUN ET AL. *v.* CAPPARELLI ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80-5141.   JOHNSON *v.* LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80-5145.   McGUIRK *v.* FAIR ET AL.   C. A. 1st Cir. Certiorari denied.

No. 80-5147.   COURTNEY *v.* BLAND, CORRECTIONS COMMISSIONER.   C. A. 6th Cir.   Certiorari denied.

No. 80-5148.   HOLLEY *v.* ANDERSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 80-5149.   HARFLINGER *v.* LANE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 80-5152.   WITT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80-5153.   AGENA *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 80-5154.   CROW ET AL. *v.* MISSOURI.   Ct. App. Mo., Southern Dist.   Certiorari denied.